UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN JOAQUIN,<br>                      Defendant. | 22-CR-293-15 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

    The C.J.A. attorney previously appointed in this case, Louis M. Freeman, is hereby relieved as counsel, and C.J.A. attorney Zachary Margulis-Ohnuma is hereby appointed to represent the defendant.

    SO ORDERED.

Dated: June 16, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge