# ZMO Law PLLC

December 4, 2023

*Via ECF and email*

> Granted.
> So ordered.
>   12/4/2023

Hon. J. Paul Oetken
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*[signature]*
J. PAUL OETKEN
United States District Judge

      RE: *United States v. Esteven Joaquin*, 22 Cr. 293 (JPO)

Dear Judge Oetken:

    This office represents Esteven Joaquin in the above-captioned matter. We write to request a two-day extension on our time to file a sentencing memorandum. Our memorandum is currently due today, December 4, 2023. We are requesting that we be allowed to file on December 6, 2023, with the government having a corresponding extension of two days to file their motions.

    We are requesting this extension as we received the report from our mitigation specialist, Kathleen O'Boyle, on Saturday, December 3, 2023. Ms. O'Boyle had received several key records only recently, delaying her finalization of her report. Thus, we are asking for a short extension to incorporate the mitigation specialists' report and finalize our sentencing memorandum.

    However, Mr. Joaquin is eager to be sentenced as scheduled, and we'd ask that the date for sentencing remain the same. The government has consented to this proposed schedule.

    Thank you for your attention to this case.

                              Very truly yours,

                              *Tess M. Cohen*

                              Tess M. Cohen
                              Partner

CC: AUSA Sarah L. Kushner, AUSA Kevin Mead, AUSA Ashley Nicolas

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • tc@zmolaw.com
www.zmolaw.com